# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

JOHNNIE STOWE,                                : No. 28 EAP 2019
                                             :
              Appellant                  :
                                             :
                                             :
              v.                          :
                                             :
                                             :
COMMONWEALTH OF PENNSYLVANIA                  :
BOARD OF PROBATION AND PAROLE,               :
                                             :
              Appellee                   :

## <u>ORDER</u>

**PER CURIAM**                                      **DECIDED:  February 19, 2020**

      **AND NOW**, this 19th day of February, 2020, Appellee's Application for Summary

Relief is GRANTED.  The Order of the Commonwealth Court is AFFIRMED.